UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DECATUR VENTURES, LLC, et al, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 1:04-cv-0562-JDT-WTL |
| ) | |
| STAPLETON VENTURES, INC, et al, ) | |
| ) | |
| Defendant. ) | |

**Notice of Mootness of Motions to Dismiss (Document #'s 156, 158, 164 and 166)**

The court notes that the entry of 3/21/2005 (Document # 160) and the filing of the amended complaint (Document # 174) moot the following motions to dismiss: Document #'s 156, 158, 164 and 166. They are hereby **DENIED** as moot.

ALL OF WHICH IS ORDERED this 22nd day of September 2005.

_____
John Daniel Tinder, Judge
United States District Court

Copies to:

Gary P. Price
Lewis & Kappes
gprice@lewis-kappes.com

Hannah Kaufman
Lewis & Kappes
hkaufman@lewis-kappes.com

Peter S. French
Lewis & Kappes
pfrench@lewis-kappes.com

Terry L. Monday
Monday Rodeheffer Jones & Albright
tmonday@aol.com

Bruce E. Alexander
Weiner Brodsky Sidman Kider, P.C.
alexander@wbsk.com

Cynthia G. Swann
Weiner Brodsky Sidman Kider, PC
swann@wbsk.com

Mitchel H. Kider
Weiner Brodsky Sidman Kider, PC
1300 19th ST, NW
Fifth Floor
Washington, DC 20036-1609

Steven K. Huffer
Huffer & Weathers
steve_huffer@hufferandweathers.com

Donald F. Foley
Foley & Pool LLP
dfoley@foleyandpool.com

Robert M. Frye
Foley & Pool, LLP
rfrye@foleyandpool.com

Gregory H. Coleman
Clark Coleman & Freeman
ccfnattys@aol.com

Michael W. Phelps
Kopka Pinkus Dolin & Eads
MWPhelps@Kopkalaw.com