UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DECATUR VENTURES, LLC, an Indiana Limited Liability Company; and TRENT D. DECATUR, an Individual, <br><br>  Plaintiff, <br><br> TRIAGE REALTY INVESTMENT, INC., an Indiana Corporation; JAMIE K. GOETZ, an Individual; TONYA S. (BLYTHE) HARVEY, an Individual; and MONA ORKOULAS, an Individual, <br><br>  Intervenor Plaintiffs, <br><br> vs. <br><br> STAPLETON VENTURES, INC., an Indiana Corporation; NOVASTAR HOME MORTGAGE, INC., a Delaware Corporation; MICHAEL W. STAPLETON, an Individual; COURTENAY STOCKER, an Individual; MICHAEL L. JOHNSON, an Individual; and KIMBERLY DANIEL, an Individual, <br><br>  Defendant. | 1:04-cv-0562-JDT-WTL |

**JUDGMENT ON COUNT II AGAINST NOVASTAR AND STOCKER**

The court **GRANTS** the Defendants' Motion to Dismiss (Doc. No. 188) to the extent it seeks dismissal of the Plaintiffs' count II, RICO Investment Claim (§ 1962(a)) against NovaStar and Stocker. This entry of judgment does not affect the Plaintiffs' remaining claims against the Defendants.

**IT IS NOW THEREFORE ORDERED, ADJUDGED, AND DECREED** that the Plaintiff's count II (the RICO Investment Claim) of the Second Amended Complaint, only

to the extent it seeks relief against NovaStar and Stocker, is **DISMISSED WITH PREJUDICE**.

ALL OF WHICH IS ORDERED this 8th day of August 2006.

Laura A. Briggs, Clerk
United States District Court

John Daniel Tinder, Judge
United States District Court

By Evelyn A. Hollins, Deputy Clerk

Copies to:

Bruce E. Alexander
Weiner Brodsky Sidman Kider P.C.
alexander@wbsk.com

Gregory H. Coleman
Clark Coleman & Freeman
ccfnattys@aol.com

Neal Frederick Eggeson Jr.
Kopka Pinkus Dolin & Eads PC
nfeggeson@kopkalaw.com

Peter S. French
Lewis & Kappes
pfrench@lewis-kappes.com

Steven Kenneth Huffer
Huffer & Weathers
steve_huffer@hufferandweathers.com

Hannah Kaufman
Lewis & Kappes
hkaufman@lewis-kappes.com

Mitchel H. Kider
Weiner Brodsky Sidman Kider PC
kider@wbsk.com

Lia R. Lukaart
Goodin Abernathy & Miller
llukaart@gamlawyers.com

Terry L. Monday
Monday Rodeheffer Jones & Albright
tmonday@aol.com

Gary P. Price
Lewis & Kappes
gprice@lewis-kappes.com

Thomas Edward Rosta
Kopka Pinkus Dolin & Eads PC
terosta@kpdlawfirm.com

Cynthia G. Swann
Weiner Brodsky Sidman Kider PC
swann@wbsk.com

Robert D. Zink
Goodin Abernathy & Miller
rzink@gamlawyers.com

Magistrate Judge William T. Lawrence